# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JONATHAN LEE BABB, | ) |
| *Plaintiff*, | ) |
| | ) No. 2:21-CV-163 |
| v. | ) |
| | ) Judge Atchley |
| OFFICER C. HALL and SCOTT COUNTY VA SHERIFF'S DEPARTMENT, | ) Magistrate Judge Wyrick |
| *Defendants*. | ) |

## ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this action to the Big Stone Gap Division of the Western District of Virginia and to close this Court's file.

**SO ORDERED.**

*/s Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT